COMMONWEALTH of Pennsylvania,
Respondent

v.

Kermit T. PITTMAN, Petitioner

No. 333 MAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.